ACCEPTED
15-25-00194-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/19/2025 10:37 AM
CHRISTOPHER A. PRINE
CLERK

**NO. 15-25-00194-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/19/2025 10:37:08 AM
CHRISTOPHER A. PRINE
Clerk

**IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS**

**MELISSA RAE DARVELL, Appellant.**

**v.**

**CAMERON HOOKER PUMPHREY, Appellee.**

---

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

COMES NOW, MELISSA RAE DARVELL, Appellant, and files this Motion for Extension of Time to File Brief under Texas Rule of Appellate Procedure 10.5(b) and 38.6(d), and respectfully shows the Court the following:

***Deadline and Requested Extension***

1. Appellant's current deadline for filing her brief is November 27, 2025.

2. Appellant respectfully requests an extension of 30 days.

1

### *Facts Supporting the Requested Extension*

Good cause exists for the requested extension. The extension is not sought for delay but so that justice may be done. Supporting circumstances include previously scheduled trials and overlapping filing deadlines in other courts.

### *Prior Extension*

Appellant has not previously requested an extension of time.

### *Prayer*

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that this Court grant an extension of time of thirty (30) days and allow filing of the brief on or before December 20, 2025, and for all other relief entitled in law or equity.

Respectfully submitted,

GODDARD & HOING, P.C.
1801 Williams Drive
Georgetown, Texas 78628
Tel: (512) 863-2813

By: _____
Lisa Rasmussen Hoing
State Bar No. 24061028
Attorney for Appellant,
Melissa Rae Darvell

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this *Motion for Extension of Time to File Brief* was served on all counsel of record, via e-service, on November 19, 2025.

Lisa Rasmussen Hoing
Attorney for Melissa Rae Darvell, Appellant

## CERTIFICATE OF CONFERENCE

On November 18, 2025, Counsel for appellant, MELISSA RAE DARVELL, conferred with opposing counsel, set forth below, who stated they **do not** oppose this motion.

Jeffrey S. Connelly
Cofer & Connelly, PLLC

Lisa Rasmussen Hoing
Attorney for Melissa Rae Darvell, Appellant

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 108220633
Filing Code Description: Motion
Filing Description: APPELLANT???S MOTION FOR EXTENSION OF TIME TO FILE BRIEF
Status as of 11/19/2025 10:49 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cameron HookerPumphrey | | jeffrey@coferconnelly.com | 11/19/2025 10:37:08 AM | NOT SENT |
| Lisa Hoing | | lrh@goddardhoing.com | 11/19/2025 10:37:08 AM | NOT SENT |

ACCEPTED
15-25-00194-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/19/2025 10:37 AM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00194-CV

# IN THE FIFTEENTH COURT OF APPEALS
## AUSTIN, TEXAS

**MELISSA RAE DARVELL, Appellant.**

**v.**

**CAMERON HOOKER PUMPHREY, Appellee.**

---

**ORDER GRANTING APPELLANT'S MOTION
FOR EXTENSION OF TIME TO FILE BRIEF**

On this day, the Court considered *Appellant's Motion for Extension of Time to File Brief*. After reviewing the motion and the Court's file, the Court is of the opinion that the motion should be **GRANTED**.

IT IS THEREFORE ORDERED that Appellant's deadline to file the brief is extended to and including _____, 2025.

SIGNED this _____ day of _____, 2025.

Justice, _____
15th Court of Appeals
Western District of Texas

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 108220633
Filing Code Description: Motion
Filing Description: APPELLANT???S MOTION FOR EXTENSION OF TIME TO FILE BRIEF
Status as of 11/19/2025 10:49 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cameron HookerPumphrey | | jeffrey@coferconnelly.com | 11/19/2025 10:37:08 AM | NOT SENT |
| Lisa Hoing | | lrh@goddardhoing.com | 11/19/2025 10:37:08 AM | NOT SENT |